**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| GABRIELA CABRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHATURONK NGAMARY, et al,<br><br>　　　　　Defendants. | Case No. 2:20-cv-03813-ODW (JEMx)<br><br>**JUDGMENT** |

**JUDGMENT**

In light of the Court's Order **GRANTING** Plaintiff Gabriela Cabrera's Application for Default Judgment (ECF No. 23), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that**:**

1. Defendant Chaturonk Ngamary is ordered to remove all architectural barriers identified in Plaintiff's Complaint that are readily achievable to comply with the specifications set forth in the ADA Accessibility Guidelines to the extent that Defendant owns or operates a place of public accommodation;
2. Plaintiff shall recover $2,053 in attorneys' fees and $538 in costs from Defendant;
3. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 6, 2020

_____
       **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**